

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINDSAY MILLS,<br><br>　　　　Defendant. | No. 2:13-mj-0208-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release LINDSAY MILLS Case No. 2:13-mj-0208-KJN, from custody for the following reasons:

　　\_\_\_\_\_　Release on Personal Recognizance

　　_X_　Bail Posted in the Sum of $ 100,000, co-signed by Betty Brown, Karen Mills, and Shamaya Mills.

　　　　_X_　Unsecured Appearance Bond

　　　　\_\_　Appearance Bond with 10% Deposit

　　　　\_\_　Appearance Bond with Surety

　　　　\_\_　Corporate Surety Bail Bond

　　　　_X_　(Other): Other pretrial conditions stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on July 16, 2013.

_____
UNITED STATES MAGISTRATE JUDGE