BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:13-mj-0208 KJN |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING |
| v. ) | PRELIMINARY HEARING AND |
| ) | EXCLUDING TIME |
| LINDSEY MILLS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Lindsey MILLS, by and through his counsel Candace Fry, Esq., that good cause exists to extend the preliminary hearing currently set for September 3, 2013, at 2:00 p.m. to September 10, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendant must review the initial production of discovery, including surveillance evidence from the drug purchases alleged in the Criminal Complaint. The co-defendant in this Criminal Complaint recently turned himself

1

1  in and was ordered released on an unsecured bond.  His preliminary
2  hearing date was set for September 10, 2013.  For these reasons, the
3  defendant agrees that a continuance of the preliminary hearing date
4  will not prejudice him.
5      The parties further stipulate that the ends of justice are
6  served by the Court excluding time from September 3, 2013, to
7  September 10, 2013, so that counsel for the defendant may have
8  reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence.  18 U.S.C.
10 § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs
11 time to review discovery and effectively evaluate the posture of the
12 case, and conduct further investigation into mitigation of the
13 defendant's federal sentencing exposure in this case, and any
14 possible defenses he may have to the charges.  Id.  In addition, co-
15 defendant James SHERMAN was recently arrested and his arraignment
16 date was set for September 10, 2013.  The parties believe one
17 arraignment date for both defendants would be a more efficient use
18 of the Court resources rather than having two separate arraignment
19 dates.  For these reasons, the defendant, defense counsel, and the
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: August 26, 2013         /s/Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney

DATED: August 26, 2013         /s/Jason Hitt for Ms. Fry
                               CANDACE FRY, ESQ.
                               Counsel for defendant
                               LINDSEY MILLS
                               Authorized to sign for Ms.
                               Fry on 08-26-13

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Mills</u>, Case No. 2:13-mj-00208 KJN, from September 3, 2013, to September 10, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from September 3, 2013, up to and including September 10, 2013.

**IT IS SO ORDERED.**

DATED: August 27, 2013.        _____
                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE