CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: C.Fry@att.net

Attorney for LINDSEY MILLS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:13-CR-00302-MCE |
|---|---|
| Plaintiff, | ) **WAIVER OF PERSONAL APPEARANCE** |
| v. | ) |
| LINDSEY MILLS, | ) |
| Defendant. | ) |

The defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, every trial stage including impanelment of jury and verdict, and imposition of sentence.  The defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he were personally present, and further agrees to be present in court and ready for trial any day and hour the court may fix in his absence.

///

///

-1-

The defendant acknowledges that he has been informed of his rights under Title 18 U.S.C. Sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that act without his being present.

Dated:  September 10, 2013                         */s/ Lindsey Mills*
                                                   LINDSEY MILLS, Defendant


I agree with and consent to my client's waiver of appearance.

Dated:  September 10, 2013                         */s/ Candace A. Fry*
                                                   CANDACE A. FRY, Attorney for
                                                   Lindsey Mills, DefendanT

   IT IS SO ORDERED.

Date: September 20, 201

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-2-