CANDACE A . FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for LINDSEY MILLS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LINDSEY MILLS,<br><br>        Defendants. | No. 2:13-Cr-0302-MCE<br><br>**STIPULATION AND ORDER MODIFYING CONDITION OF SUPERVISED RELEASE** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as requested by Pretrial Services, that the condition of supervised release imposed on July 16, 2013, requiring the defendant to abstain from alcohol consumption shall modified to read:

> 8. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substances without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used.

///

///

1

| | |
|---|---|
| Dated:  April 22, 2015 | /s/   Candace A. Fry<br>CANDACE A. FRY, Attorney for<br>LINDSEY MILLS, Defendant |
| Dated:  April 22, 2015 | BENJAMIN B. WAGNER,<br>United States Attorney<br><br>By   /s/  Candace A. Fry for<br>JASON HITT,<br>Assistant United States Attorney<br><br>(Signed for Mr. Hitt with his prior Authorization) |

## **O R D E R**

IT IS SO ORDERED.

Dated:  April 24, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2