**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**


UNITED STATES OF AMERICA,

        Plaintiff,

    v.

LINDSEY MILLS,

        Defendant.

_____/

Case Nos.:   2:13-cr-00302-MCE

**ORDER FOR RELEASE**
**OF PERSON IN CUSTODY**


TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release LINDSEY MILLS in case number 2:13-cr-00302-MCE, from custody for the following reason(s):

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other: |

Pursuant to the Court's order lifting the imposed civil contempt detention.


Issued at Sacramento, California on September 19, 2019, at 3:15 p.m.


DATED:   September 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE